IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PEOPLESTRATEGY, INC.,**<br><br>*Plaintiff*<br>v.<br><br>**HEARTHSTONE ADVISORS LLC, et al.,**<br><br>*Defendants.* | Case No. 2:20-cv-01901-JDW |

## ORDER

**AND NOW**, this 16th day of April, 2021, upon consideration of Plaintiff PeopleStrategy, Inc.'s Motion for Partial Summary Judgment (ECF No. 31) and Defendants Hearthstone Advisors, LLC's and Timothy Padva's Motion for Summary Judgment (ECF No. 37), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. PeopleStrategy's Motion for Partial Summary Judgment (ECF No. 31) is **GRANTED** as to PeopleStrategy's breach of contract claim against Mr. Padva based on Section 3(a)(1)(iv) of the Business Purchase Agreement (the "BPA") and **DENIED** in all other respects; and

2. Defendants' Motion for Summary Judgment (ECF No. 37) is **GRANTED** as to PeopleStrategy's breach of contract claims based on Sections 3(a)(1)(i), (ii), and (v) of the BPA and **DENIED** in all other respects.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.